IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE VOGELSANG,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>MIKE KNOWLES, Warden,<br><br>　　　　　　　　　　　Respondent. | CIV S-03-0611 (JKS)<br><br>**PROPOSED ORDER** |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for a 60-day enlargement of time is granted. A response to the petition for writ of habeas corpus shall be filed on or before December 13, 2005.

Dated: October 28, 2005

/s/ James K. Singleton, Jr.
HONORABLE JAMES K. SINGLETON
United States District Court Judge

drb
SA2005301132
30047779.wpd

Proposed Order

1