IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE VOGELSANG,<br><br>Petitioner,<br><br>vs.<br><br>MIKE KNOWLES, Warden, et al.,<br><br>Respondents. | Case No. CIV S-03-0611 JKS HC<br><br>O R D E R |

Petitioner Gregory Lee Vogelsang has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and the Government has answered. Docket Nos. 34; 46. Petitioner's Traverse, should he choose to submit one, is due Friday, January 13, 2006.

Currently before the Court is Petitioner's request for appointment of counsel. Docket No. 48. No absolute right to appointment of counsel exists in habeas proceedings. *See, e.g.*, *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). The Court, however, may appoint counsel for a habeas petitioner pursuant to 18 U.S.C. § 3006A if the Court determines that the interests of justice so require. *See* Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time.

**IT IS THEREFORE ORDERED:**

Petitioner's request for appointment of counsel at **Docket No. 48** is **DENIED WITHOUT PREJUDICE**.

Dated at Anchorage, Alaska, this __21___ day of December 2005.

/s/ James K. Singleton

_____

**JAMES K. SINGLETON, JR.**
United States District Judge

1