UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE VOGELSANG,<br><br>               Petitioner,<br><br>       vs.<br><br>MIKE KNOWLES, Warden,<br><br>               Respondent. | Case No. 2:03-cv-00611-JKS (HC)<br><br>JUDGMENT |

The court having entered its Memorandum Decision of even date herewith disposing of all the issues raised by the Petitioner,

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED THAT** the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DISMISSED**.

**IT IS FURTHER ORDERED THAT** the court declines to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) ("reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotation marks omitted)).  All issues raised in the petition were addressed by the California Court of Appeal or the California Superior Court in their respective decisions and no reasonable jurist could find that either decision was "objectively unreasonable."

Dated at Anchorage, Alaska this 19th day of June, 2006.

                                                                   s/ James K. Singleton, Jr.
                                                              JAMES K. SINGLETON, JR.
                                                               United States District Judge