UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LEE VOGELSANG  v.  MIKE KNOWLES, WARDEN

DATE: August 2, 2006                                    CASE NO. 2:03-cv-00611-JKS(HC)

THE HONORABLE JAMES K SINGLETON, JR.

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
              **Re: Motion at Docket 61**

At Docket No. 61 Petitioner has moved for a Certificate of Appealability. As the motion acknowledges, in the Judgment this Court declined to issue a Certificate of Appealability. Petitioner's motion does not persuade the Court that its earlier denial was erroneous.

For the foregoing reasons and the reasons stated in the Judgment (Docket No. 60), the Request for Certificate of Appealability is **DENIED**. Petitioner will have to file his request with the United States Court of Appeals for the Ninth Circuit. FED. R. APP. P. 22(b).

[MO Mtn at Dkt 61]